DEPARTMENT OF HOMELAND SECURITY

# NOTICE OF CUSTODY DETERMINATION

Alien's Name: BENGAL, OSCAR

A-File Number: 222 514 958

Date: 10/09/2026

Event ID: [redacted]

Subject ID: [redacted]

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

☒ Detained by the Department of Homeland Security.

☐ Released (check all that apply):

- ☐ Under bond in the amount of $ ____________
- ☐ On your own recognizance.
- ☐ Under other conditions. [Additional document(s) will be provided.]

CUNI, B9583 BRENDEN C CUNI Digitally signed by BRENDEN C CUNI Date: 2026.10.09 03:27:43 -04'00'

Name and Signature of Authorized Officer

10/09/2026 12:37 AM

Date and Time of Custody Determination

SDDO

Title

DOCKET CONTROL OFFICE NEW YORK
26 FEDERAL PLAZA
NEW YORK, NY US

Office Location/Address

You may request a review of this custody determination by an immigration judge.

☒ I acknowledge receipt of this notification, and

- ☒ I **do** request an immigration judge review of this custody determination.
- ☐ I **do not** request an immigration judge review of this custody determination.

REFUSED TO SIGN

Signature of Alien

10/09/2026

Date

The contents of this notice were read to BENGAL, OSCAR (Name of Alien) in the SPANISH (Name of Language) language.

LIRIANO, A15293 [signature] 15293

Name and Signature of Officer

Name or Number of Interpreter (if applicable)

Deportation Officer

Title