SETTLEMENT COMMUNICATION – FRE 408
ERO NEW YORK CITY FIELD OFFICE

## INFORMACIÓN IMPORTANTE SOBRE SECCIÓN 236(a) DECISIONES DE DETENCIÓN INICIAL

**NOTA: Este formulario debe entregarse a la persona arrestada al comienzo del procesamiento.**

1. ICE tomará una determinación individualizada sobre si será detenido o liberado, y si es liberado, las condiciones de liberación.

2. Según la regulación actual, usted tiene la responsabilidad de demostrarle al oficial que no representa un peligro para la propiedad o las personas, y que es probable que comparezca en todos los procedimientos futuros. 8 CFR § 236.1(c)(8).

3. Puede elegir responder o no responder cualquier pregunta en cualquier momento. Cualquier declaración que haga puede usarse en su contra en un procedimiento posterior, incluso, entre otros, por ICE o un juez de inmigración, e incluso para decidir si será detenido o expulsado de los Estados Unidos.

4. Tiene derecho a ser representado por un abogado o representante acreditado de su elección sin costo alguno para el gobierno federal. ICE le proporcionará una lista de proveedores de servicios legales gratuitos o de bajo costo en caso de que no pueda pagar un abogado.

5. Un oficial de inmigración se comunicará con usted en un idioma que comprenda.

6. Puede negarse a firmar cualquier documento.

7. Si está detenido, puede solicitar una redeterminación de custodia de ICE o solicitar una revisión ante un juez de inmigración.

## CERTIFICACIÓN

He leído este Aviso o me lo han leído en el idioma SPANISH.

[ ] Sí REFUSED TO SIGN [ ] No

______________________________
Firma de la persona arrestada Nombre impreso de la persona arrestada Fecha

Método de Interpretación/Intérprete: VERBAL

Nombre del oficial entrevistador:

Aviso de derechos en relación con: Barco-Mercado v Noem, 25-cv-6568 (LAK). **Al ser detenido en 26 Federal Plaza, usted tiene los siguientes derechos y puede ejercerlos sin temor a represalias:**

(a) Contratar y consultar con un abogado o abogados;

(b) Tener llamadas telefónicas legales confidenciales, no monitoreadas, no grabadas, temporalmente sin restricciones y gratuitas con un abogado (con intérpretes para detenidos que no hablan inglés) dentro de las 24 horas posteriores a su detención y al menos una vez durante cada periodo posterior de 12 horas mientras estén detenidos;

(c) Programar llamadas legales con el abogado dentro de las 6 horas posteriores a una solicitud realizada dcntro del período de 9 a.m. a 4 p.m. y dentro de las 16 horas posteriores a una solicitud realizada a partir de entonces;

(d) Solicitar y, sin demora previa solicitud, recibir sin cargo ropa limpia y con un área privada con el fin de cambiarse de ropa;

(e) Solicitar y, si no se dispone de suficientes materiales solicitados en la sala de detención, que se le proporcionen sin demora jabón, toallas, papel higiénico, productos de higiene bucal (incluidos cepillos de dientes y pasta de dientes) y, en el caso de las salas de detención que contengan una o más mujeres detenidas, suministros de higiene femenina;

(f) Solicitar y recibir gratuitamente servicios profesionales de personal médico autorizado entre las 7 a.m. y las 9:30 p.m. y, en caso de emergencia, durante todos los demás períodos;

(g) A retener los medicamentos recetados en su posesión en el momenta del arresto y a recibir y retener dichos medicamentos traídos por los miembros de la familia o su(s) abogado(s) a la oficina local de ICE; y

(h) Solicitar y, con prontitud a pedido, recibir una manta o mantas adicionales.

(i) Solicitar y, con prontitud a pedido, recibir sin cargo agua embotellada.

(j) A pedido, y con prontitud a pedido, se le proporcionará una comida adicional por día.

**Arabic:**
يتوفر هذا الإشعار بلغات أخرى عند الطلب.
**Bengali:**
অনুরোধ করলে এই বিজ্ঞপ্তিটি অন্যান্য ভাষায়ও পাওয়া যাবে।
**French:**
Cet avis est disponible dans d'autres langues sur demande.
**Haitian Creole:**
Avi sa a disponib nan lòt lang sou demann.
**Hindi:**
यह सूचना अनुरोध पर अन्य भाषाओं में उपलब्ध है।
**K'iche' (Quiché):**
Ri k'utunil k'o pa jun chik ch'ab'äl, xk'ut pa ri k'utunil.
**Mam:**
Este aviso está disponible en otros idiomas si lo solicita.
**Portuguese:**
Este aviso está disponível em outros idiomas mediante solicitação.

REFUSED TO SIGN

X____________________________

**Pulaar:**
Nde ƴettude e yimɓe godɗe, nde waawi jokkude e ɗe.
**Punjabi:**
ਇਹ ਨੋਟਿਸ ਹੋਰ ਭਾਸ਼ਾਵਾਂ ਵਿੱਚ ਵੀ ਮੰਗਣ 'ਤੇ ਉਪਲਬਧ ਹੈ।
**Q'eqchi' (Kekchí):**
La nota k'o pa jun chik ch'ab'äl, xk'ut pa ri k'utunil.
**Romanian:**
Această notificare este disponibilă în alte limbi la cerere.
**Russian:**
Это уведомление доступно на других языках по запросу.
**Simplified Chinese:**
如有需要，本通知可提供其他语言版本。
**Turkish:**
Bu bildirim talep üzerine diğer dillerde mevcuttur.
**Vietnamese:**
Thông báo này có sẵn bằng các ngôn ngữ khác khi có yêu cầu.
**Wolof:**
Ci waxtaan bii, am na ci làkk yu yàgg ci laaj.