eJusticeNY INTEGRATED JUSTICE PORTAL [redacted]

People » Criminal History » Criminal Repository Inquiry Report an IT Security Incident Feedback [+]

Criminal Repository

PRINT BACK

# Repository Inquiry

**To:** [redacted] **Case No:222 514 959 FBI Number - 9FV90DJWF - CRI**

New York State Division of Criminal Justice Services
Alfred E. Smith Building, 80 South Swan St.
Albany, New York 12210. Tel:1-800-262-DCJS

Identification Summary Criminal History Job/License Wanted Missing

## Attention - Important Information

* See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history

**Violent Felony** offense(s) on file

**DNA SAMPLE OWED:** Required to provide a DNA sample, suitable for testing, for inclusion in the New York State DNA Databank. If additional DNA Databank information is required call DCJS Office of Forensic Services at (518)457-1901
"Offender DNA Specimen Collection Training"

**Subject currently on Probation - Bronx County Probation Adult Supervision-XCCP-XCCD-XCNEON**

## Identification Information



Cycle 2
Arrest Date August 04, 2025

**Name:**

OSCAR BELGAL Oscar Belgal

**Date of Birth:**

November 19, 1997

**Place of Birth :**

USA Dominican Republic Unknown

**Address:**

2686 Bailey Avenue Apt 5C, Bronx, NY 10463

382 WADSWORTH AVE, MANHATTAN, NY 10040

382 WADSWORTH AVENUE, MANHATTAN, NY

| **Sex:** | **Race:** | **Ethnicity:** | **Skin Tone:** |
|---|---|---|---|
| Male | Black | Hispanic | Medium |
| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** |
| Brown | Black | 5' 08" | 160 |

**SSN:**

| NYSID#: | FBI#: | Probation Client ID#: | NCIC Classification#: |
|---|---|---|---|
| 16145831Z | 9FV90DJWF | 2142596 | |

**III Status:** Criminal record in other states or in multiple FBI files for NYS

**US Citizen:** No

## Summary Information

**Total Arrests:** 2 **Date of Earliest Arrest:** December 07, 2023 **Latest Prior Arrest Date:** August 04, 2025

| | |
|---|---|
| **Total Arrests:** | 2 |
| **Felony:** | 2 |
| **Violent Felony:** | 1 |
| **Firearm:** | 0 |
| **Misdemeanor:** | 0 |
| **Other:** | 0 |

| | |
|---|---|
| **Total Arraigned Arrests:** | 2 |
| **Felony:** | 2 |
| **Violent Felony:** | 0 |
| **Firearm:** | 0 |
| **Misdemeanor:** | 0 |
| **Other:** | 0 |

| **Total Open Cases:** | 0 | **Cycles (max 5)** |
|---|---|---|
| **Felony:** | 0 | |
| **Violent Felony:** | 0 | |
| **Misdemeanor:** | 0 | |
| **Other:** | 0 | |
| **Open ACD:** | 0 | |
| **Non Docketed Cases:** | 0 | |

| **Total Convictions:** | 1 | **Cycles (max 5)** |
|---|---|---|
| **Felony:** | 1 | 1 |
| **Violent Felony:** | 0 | |
| **Firearm:** | 0 | |
| **Misdemeanor:** | 0 | |
| **Other:** | 0 | |
| **YO Adjud.:** | 0 | |

| **Warrant Information:** | | **Cycles (max 5)** |
|---|---|---|
| **Failure to Appear Counts:** | 0 | |
| **Total Open:** | 0 | |
| **Active NYC:** | 0 | |

| **DOC Classification:** | | **Cycles (max 5)** |
|---|---|---|
| **Escape Charges:** | 0 | |
| **Sex Offender Convictions:** | 0 | |
| **Probation Revoc:** | 0 | |
| **Parole Revoc:** | 0 | |

**Note:** Summary Information may not reflect official actions. DCJS strongly urges the recipient to review the enclosed criminal history record information.

## NYS Criminal History Information

### Cycle 2

### Arrest/Charge Information

Arrest Date: August 04, 2025 06:15 pm (18:15:00)

| | |
|---|---|
| **Name:** | OSCAR BELGAL |
| **Date of Birth:** | November 19, 1997 |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Hispanic |
| **Height:** | 5' 08" |
| **Weight:** | 160 |
| **Age at time of crime/arrest:** | 27 |
| **Address:** | 382 WADSWORTH AVE, MANHATTAN, NY 10040 |
| **Fax Number:** | M32713 |
| **Place of Arrest:** | NYCPD 34 |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | August 04, 2025 |

**Place of Crime:** NYCPD 34
**Criminal Justice Tracking No.:** 71252773J
**Arresting Agency:** NYCPD PCT 034
**Arresting Officer ID:** 947807
**Arrest Number:** M25642976
**Arraignment:** New York County Criminal Court

**Arrest Charges:**

-- Attempted Criminal Sale Controlled Substance 2nd: 1/2 Oz Or More Narcotic Drug
PL 220.41 Sub 01 Class A Felony Degree 2 NCIC 3599

-- Attempted Criminal Sale Controlled Substance-3rd:Narcotic Drug
PL 220.39 Sub 01 Counts: 5 Class C Felony Degree 3 NCIC 3599

## Court Case Information

**--Court:** New York County Criminal Court **Case Number:** CR-024362-25NY

August 05, 2025
**Initial Report Of Docket Number**

August 05, 2025
**Arraigned**

-- Criminal Sale Controlled Substance 2nd: 1/2 Oz Or More Narcotic Drug
PL 220.41 Sub 01 Class A Felony NCIC 3599

-- Criminal Sale Controlled Substance-3rd:Narcotic Drug
PL 220.39 Sub 01 Counts: 4 Class B Felony NCIC 3599

December 04, 2025
**Transferred To Superior Court**

-- Criminal Sale Controlled Substance 2nd: 1/2 Oz Or More Narcotic Drug
PL 220.41 Sub 01 Class A Felony NCIC 3599

-- Criminal Sale Controlled Substance-3rd:Narcotic Drug
PL 220.39 Sub 01 Counts: 4 Class B Felony NCIC 3599

December 04, 2025
**Not Arraigned**

-- Attempted Criminal Sale Controlled Substance 2nd: 1/2 Oz Or More Narcotic Drug
PL 220.41 Sub 01 Class A Felony NCIC 3599

-- Attempted Criminal Sale Controlled Substance-3rd:Narcotic Drug
PL 220.39 Sub 01 Counts: 5 Class C Felony NCIC 3599

**--Court:** New York County Supreme Court **Case Number:** IND-75477-25

December 03, 2025
**Initial Report Of Indictment Number**

January 07, 2026
**Arraigned**
-- Criminal Sale Controlled Substance 2nd: 1/2 Oz Or More Narcotic Drug
PL 220.41 Sub 01 Class A Felony NCIC 3599

-- Criminal Sale Controlled Substance-3rd:Narcotic Drug
PL 220.39 Sub 01 Counts: 10 Class B Felony NCIC 3599

April 29, 2026
**Dismissed Superseded**
-- Criminal Sale Controlled Substance 2nd: 1/2 Oz Or More Narcotic Drug
PL 220.41 Sub 01 Class A Felony NCIC 3599

-- Criminal Sale Controlled Substance-3rd:Narcotic Drug
PL 220.39 Sub 01 Counts: 10 Class B Felony NCIC 3599

**Associated Case Number(s):** IND-71412-26

**Transferred Court:** New York County Supreme Court

**--Court:** New York County Supreme Court **Case Number:** IND-71412-26

April 03, 2026
**Initial Report Of Indictment Number**

April 29, 2026
**Arraigned**
-- Criminal Sale Controlled Substance 2nd: 1/2 Oz Or More Narcotic Drug
PL 220.41 Sub 01 Class A Felony NCIC 3599

-- Criminal Sale Controlled Substance-3rd:Narcotic Drug
PL 220.39 Sub 01 Counts: 9 Class B Felony NCIC 3599

---

## Cycle 1
## Violent Felony Offense

### Arrest/Charge Information
Arrest Date: December 07, 2023 09:27 am (09:27:00)

| | |
|---|---|
| **Name:** | OSCAR BELGAL |
| **Date of Birth:** | November 19, 1997 |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Hispanic |
| **Height:** | 5' 11" |
| **Weight:** | 170 |
| **Age at time of crime/arrest:** | 25 |
| **Address:** | 382 WADSWORTH AVENUE, MANHATTAN, NY |
| **Fax Number:** | B38617 |
| **Place of Arrest:** | NYCPD 46 |
| **Arrest Type:** | Unknown |

**Date of Crime:** October 02, 2023
**Place of Crime:** NYCPD 46
**Criminal Justice Tracking No.:** 70531028Y
**Arresting Agency:** NYCPD PCT 046
**Arresting Officer ID:** 959309
**Arrest Number:** B23652418
**Arraignment:** Bronx County Criminal Court

**Arrest Charges:**

-- Robbery-1st:Forcible Theft Armed With A Deadly Weapon
PL 160.15 Sub 02 Class B Felony Degree 1 NCIC 1299

## Court Case Information

**--Court:** Bronx County Criminal Court **Case Number:** CR-027014-23BX

December 07, 2023
**Initial Report Of Docket Number**

December 08, 2023
**Arraigned**

-- Robbery-3rd Degree
PL 160.05 Class D Felony NCIC 1299

-- Grand Larceny 4th:Property Taken From Person
PL 155.30 Sub 05 Class E Felony NCIC 2399

-- Menacing-2nd:Weapon
PL 120.14 Sub 01 Class A Misdemeanor NCIC 1316

-- Criminal Possession Weapon-4th:Intent To Use
PL 265.01 Sub 02 Class A Misdemeanor NCIC 5212

-- Petit Larceny
PL 155.25 Class A Misdemeanor NCIC 2399

-- Criminal Possession Stolen Property-5th Degree
PL 165.40 Class A Misdemeanor NCIC 2804

-- Menacing-3rd Degree
PL 120.15 Class B Misdemeanor NCIC 1316

-- Harassment-2nd Degree: Physical Contact
PL 240.26 Sub 01 Violation NCIC 7099

January 12, 2024
**Transferred To Superior Court**

-- Robbery-3rd Degree
PL 160.05 Class D Felony NCIC 1299

-- Grand Larceny 4th:Property Taken From Person
PL 155.30 Sub 05 Class E Felony NCIC 2399

-- Menacing-2nd:Weapon
PL 120.14 Sub 01 Class A Misdemeanor NCIC 1316

-- Criminal Possession Weapon-4th:Intent To Use
PL 265.01 Sub 02 Class A Misdemeanor NCIC 5212

-- Petit Larceny
PL 155.25 Class A Misdemeanor NCIC 2399

-- Criminal Possession Stolen Property-5th Degree
PL 165.40 Class A Misdemeanor NCIC 2804

-- Menacing-3rd Degree
PL 120.15 Class B Misdemeanor NCIC 1316

-- Harassment-2nd Degree: Physical Contact
PL 240.26 Sub 01 Violation NCIC 7099

January 12, 2024
**Not Arraigned**

-- Robbery-1st:Forcible Theft Armed With A Deadly Weapon
PL 160.15 Sub 02 Class B Felony NCIC 1299

**--Court:** Bronx County Supreme Court **Case Number:** IND-70169-24

January 12, 2024
**Initial Report Of Indictment Number**

January 16, 2024
**Arraigned**

-- Robbery-3rd Degree
PL 160.05 Counts: 2 Class D Felony NCIC 1299

-- Grand Larceny 4th:Property Taken From Person
PL 155.30 Sub 05 Counts: 2 Class E Felony NCIC 2399

-- Menacing-2nd:Weapon
PL 120.14 Sub 01 Counts: 2 Class A Misdemeanor NCIC 1316

-- Criminal Possession Weapon-4th:Intent To Use
PL 265.01 Sub 02 Counts: 2 Class A Misdemeanor NCIC 5212

-- Petit Larceny
PL 155.25 Counts: 2 Class A Misdemeanor NCIC 2399

-- Criminal Possession Stolen Property-5th Degree

PL 165.40 Counts: 2 Class A Misdemeanor NCIC 2804

-- Menacing-3rd Degree
PL 120.15 Counts: 2 Class B Misdemeanor NCIC 1316

April 08, 2025
**Convicted Upon Plea Of Guilty** - Conviction Date: April 08, 2025
-- Grand Larceny 4th:Property Taken From Person
PL 155.30 Sub 05 Class E Felony NCIC 2399

**In Full Satisfaction of:**
-- Robbery-3rd Degree
PL 160.05 Counts: 2 Class D Felony NCIC 1299

-- Grand Larceny 4th:Property Taken From Person
PL 155.30 Sub05 Class E Felony NCIC 2399

-- Menacing-2nd:Weapon
PL 120.14 Sub01 Counts: 2 Class A Misdemeanor NCIC 1316

-- Criminal Possession Weapon-4th:Intent To Use
PL 265.01 Sub02 Counts: 2 Class A Misdemeanor NCIC 5212

-- Petit Larceny
PL 155.25 Counts: 2 Class A Misdemeanor NCIC 2399

-- Criminal Possession Stolen Property-5th Degree
PL 165.40 Counts: 2 Class A Misdemeanor NCIC 2804

-- Menacing-3rd Degree
PL 120.15 Counts: 2 Class B Misdemeanor NCIC 1316

**Sentenced to:** Probation: 5 Year(s) Order of Protection
**Sentence Date:** January 28, 2026

## Incarceration/Supervision Information

### Probation Information

| | |
|---|---|
| **Name:** | Oscar Belgal |
| **Sex:** | Male |
| **Race:** | Unknown |
| **Ethnicity:** | Hispanic |
| **Address:** | 2686 Bailey Avenue Apt 5C, Bronx, NY 10463 |
| **Placed on Probation:** | January 28, 2026 |
| **Max Expiration Date:** | January 27, 2031 |
| **Supervision Agency:** | Bronx County Probation Adult Supervision-XCCP-XCCD-XCNEON |

| | |
|---|---|
| **Jurisdiction Agency:** | Bronx County Probation Adult Supervision-XCCP-XCCD-XCNEON |
| **Probation Officer ID:** | mabyrne |
| **Probation Registration Number:** | 4192564 |
| **Probation Case Number:** | XS202506192 |
| **Probation Discharge Date:** | |

## Other History Related Information

There is no Other History Related Information associated with this history.

## Job/License Information

There is no Job/License Information associated with this history.

## Wanted Information

There is no NYS Wanted Information associated with this history.

## Missing Person Information

There is no NYS Missing Information associated with this history.

## Additional Information

**Sentencing -** Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

**Caution: Identification not based on fingerprint comparison. This record was produced as the result of an inquiry.**

**Multi-Source -** Subject has information maintained by other states or in multiple NYS files maintained by the FBI available through the Interstate Identification Index. Refer to FBI Number:9FV90DJWF

**WARNING:** Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3789g(b).
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. **Destroy after use and request an updated rap sheet for subsequent needs.**
All information presented herein is as complete as the data furnished to DCJS.

BACK