IMMIGRATION COURT
80 29TH STREET
BROOKLYN, NY 11232

The Legal Aid Society
Brown, Karene
49 Thomas Street, 5th Floor
New York, NY 10013

FILE: A222-514-958

RE: BENGAL, OSCAR

NOTICE OF CUSTODY REDETERMINATION HEARING IN IMMIGRATION PROCEEDINGS

PLEASE TAKE NOTE THAT THE ABOVE CAPTIONED CASE HAS BEEN SCHEDULED FOR A CUSTODY REDETERMINATION HEARING BEFORE THE IMMIGRATION COURT ON **Oct 15, 2026 AT 10:00 A.M.** AT THE FOLLOWING ADDRESS:

**201 VARICK ST. 5TH FL RM 507**
**NEW YORK, NY 10014**

YOU MAY BE REPRESENTED IN THIS PROCEEDING, AT NO EXPENSE TO THE GOVERNMENT, BY AN ATTORNEY OR OTHER INDIVIDUAL AUTHORIZED AND QUALIFIED TO REPRESENT PERSONS BEFORE AN IMMIGRATION COURT. IF YOU WISH TO BE REPRESENTED, YOUR ATTORNEY OR REPRESENTATIVE SHOULD APPEAR WITH YOU AT THIS HEARING.

---

CERTIFICATION OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL [M] PERSONAL SERVICE [P] ELECTRONIC SERVICE [E]
TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [E] ALIEN's ATT/REP [E] DHS
DATE: 10/13/2026 BY: COURT STAFF TC NEWHOUSE
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

---

U7