**Part II BAGGAGE CHECK**

Bengal [redacted]
Oscar A#222-514-958

U.S. GOVERNMENT PUBLISHING OFFICE: 2025-619-533

DEPARTMENT OF HOMELAND SECURITY

**PROPERTY RECEIPT**

A# 222 514 #958

Facility: Date: 10/9/26

Name: Bengal, Oscar

| Quantity | Description |
|---|---|
| 1 | Shoe laces |
| 1 | Nose Ring |
| | Nothing Else to report |

*Above described property taken for safekeeping –*

By: DHS Officer: [illegible]

DHS Officer: [illegible]

Surrendered by:

Name:

**No.** [redacted] DHS Form 589 (03/11)