**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**NEW YORK - VARICK IMMIGRATION COURT**

Respondent Name:
BENGAL, OSCAR
To:
Brown, Karene
49 Thomas Street, 5th Floor
New York, NY 10013

A-Number:
222-514-958
Riders:
In Custody Redetermination Proceedings

Date:
10/15/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☐ Denied, because

☐ Granted. It is ordered that Respondent be:
- ☐ released from custody on his own recognizance.
- ☐ released from custody under bond of $
- ☐ other:

☑ Other:
Withdrawn without prejudice.

Immigration Judge: REID, DARA FAITH 10/15/2026

Appeal: Department of Homeland Security: ☑ waived ☐ reserved

Respondent: ☑ waived ☐ reserved

Appeal Due:

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : BENGAL, OSCAR | A-Number : 222-514-958

Riders:

Date: 10/15/2026 By: REID, DARA FAITH, Immigration Judge

IMMIGRATION COURT
80 29TH STREET
BROOKLYN, NY 11232

The Legal Aid Society
Brown, Karene
49 Thomas Street, 5th Floor
New York, NY 10013

FILE: A222-514-958

RE: BENGAL, OSCAR

NOTICE OF CUSTODY REDETERMINATION HEARING IN IMMIGRATION PROCEEDINGS

PLEASE TAKE NOTE THAT THE ABOVE CAPTIONED CASE HAS BEEN SCHEDULED FOR A CUSTODY REDETERMINATION HEARING BEFORE THE IMMIGRATION COURT ON **Oct 15, 2026 AT 10:00 A.M.** AT THE FOLLOWING ADDRESS:

**201 VARICK ST. 5TH FL RM 507**
**NEW YORK, NY 10014**

YOU MAY BE REPRESENTED IN THIS PROCEEDING, AT NO EXPENSE TO THE GOVERNMENT, BY AN ATTORNEY OR OTHER INDIVIDUAL AUTHORIZED AND QUALIFIED TO REPRESENT PERSONS BEFORE AN IMMIGRATION COURT. IF YOU WISH TO BE REPRESENTED, YOUR ATTORNEY OR REPRESENTATIVE SHOULD APPEAR WITH YOU AT THIS HEARING.

---

CERTIFICATION OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL [M] PERSONAL SERVICE [P] ELECTRONIC SERVICE [E]
TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [E] ALIEN's ATT/REP [E] DHS
DATE: 10/13/2026 BY: COURT STAFF TC NEWHOUSE
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

---

U7