Immigration Law Unit
49 Thomas St. 5th Floor
New York, NY 10013
www.legal-aid.org

Twyla Carter
Attorney-in-Chief
Chief Executive Officer

Adriene L. Holder
Attorney-in-Charge
Civil Practice

Deborah Lee
Attorney-in-Charge
Immigration Law Unit

October 29, 2026

**<u>BY ECF</u>**
The Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Belgal v. Genalo*, 26-cv-06607

Dear Judge Gonzalez:

On behalf of Petitioner Oscar Belgal, we write to provide notice of supplemental authority relevant to claims raised in these proceedings: *P.A.G.C. v. Genalo*, No. 26-CV-6545 (RER), 2026 WL 3216694 (E.D.N.Y. Oct. 27, 2026).

We thank the Court for its consideration of this submission.

Respectfully submitted,

/s/ *Perry Hall McAninch*

Perry Hall McAninch
Elyssa N. Williams
THE LEGAL AID SOCIETY
Immigration Law Unit
49 Thomas Street, Fifth Floor
New York, NY 10013
T: (929) 219-6697
F: (646) 304-0876
pmcaninch@legal-aid.org
ewilliams@legal-aid.org

*Counsel for Petitioner*

cc: Assistant U.S. Attorney Nathan Shi (by ECF)
*Counsel for Respondents*