**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 29, 2026

By ECF
Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Belgal v. Genalo*, No. 26-cv-6607 (Gonzalez, J.)

Dear Judge Gonzalez:

This Office represents Respondents in the above-referenced habeas action in which Petitioner Oscar Belgal ("Petitioner") challenges his detention by U.S. Immigration and Customs Enforcement. ECF No. 1. Respondents are in receipt of Petitioner's Notice of Supplemental Authority (ECF No. 24) and are prepared to respond at the Court's direction. If so directed, Respondents respectfully request until November 5, 2026 to do so.

Respondents thank the Court for its time and consideration of this matter.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Nathan Shi
NATHAN SHI
Assistant U.S. Attorney
(718) 254-6013

cc: (by ECF)
Elyssa Williams, Esq.
Perry Hall McAninch, Esq.
*Counsel for Petitioner*