UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OSCAR BELGAL,

Petitioner,

v.

KENNETH GENALO, Director, New York Field Office, U.S. Immigration and Customs Enforcement, et al.,

Respondents.
------------------------------------------------------------X

JUDGMENT
26-CV-6607 (HG)

A Memorandum and Order of the Honorable Hector Gonzalez, United States District Judge, having been filed on November 20, 2026, denying the Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241; it is

ORDERED and ADJUDGED that judgment is entered in favor of Respondents.

Dated: Brooklyn, New York
November 24, 2026

Brenna B. Mahoney
Clerk of Court

By: _/s/Jalitza Poveda_
Deputy Clerk